FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REBECCA BUCKHOLZ,<br><br>     Plaintiff,<br><br> v.<br><br>SPOKANE COUNTY, a municipal corporation,<br><br>     Defendant. | NO: 2:18-CV-90-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal, ECF No. 22. Having reviewed the Notice and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

 1. Plaintiff's Notice of Voluntary Dismissal, **ECF No. 22**, is **APPROVED**.

 2. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

 3. All pending motions, if any, are **DENIED AS MOOT**.

 4. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1     **IT IS SO ORDERED**. The District Court Clerk is directed to enter this

2 Order, enter Judgment, provide copies to counsel, and **close this case**.

3     **DATED** June 29, 2018.

                                       *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                                United States District Judge